COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Alfred Frem Boustany II
Attorney At Law
P. O. Box 4626
Lafayette LA 70502


REHEARING ACTION: January 12, 2011


**Docket Number: 10    01058-KW**

**STATE OF LOUISIANA**
**VERSUS**
**ERNEST TAYLOR**

**Writ Application from Lafayette Parish Case No. 123988**


<u>**BEFORE JUDGES**</u>:

    **Hon. Billy Howard Ezell**
    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ernest Taylor** has this day been

    **DENIED.**




cc: Michael Harson, Counsel for the Applicant
    Allan P. Haney, Counsel for the Applicant